# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JULIE A. SPENCER, | : | Case No. 3:14-cv-1244 |
| Plaintiff, | : | Judge David A. Katz |
| *vs.* | : | |
| DALE OSBORN, *et al.*, | : | |
| Defendants. | : | |

## NOTICE TO COURT

On January 14, 2015, the Court requested the parties to notify the Court by February 16, 2015 regarding potential settlement.

The parties have agreed to a settlement amount in this case, subject to agreement and completion of the settlement paperwork and determination of the amount of those settlement proceeds to be paid to Medicaid.

Respectfully submitted,

/s/ Matthew S. Teetor
J. Stephen Teetor           (0023355)
Matthew S. Teetor         (0087009)
ISAAC WILES BURKHOLDER & TEETOR, LLC
Two Miranova Place, Suite 700
Columbus, Ohio 43215
(614) 221-2121
Fax (614) 365-9516
email: steetor@isaacwiles.com
        mteetor@isaacwiles.com
*Attorneys for Defendants Dale Osborn and Marion-Hardin Corrections Commission*

2956244.1 : 01304 00297

## CERTIFICATE OF SERVICE

    I hereby certify that on the 16th day of February, 2015, a copy of the foregoing was filed electronically. The Court's electronic filing system will send notice to all parties. The parties may access this filing through the Court's system.

                                                      /s/ Matthew S. Teetor
                                                      Matthew S. Teetor

2956244.1 : 01304 00297